UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REGIONS BANK, SUCCESSOR BY MERGER TO UNION PLANTERS BANK, N.A., <br><br> Plaintiff <br><br> vs. <br><br> ERIC STERLING BURROUGHS, et al., <br><br> Defendants | Case No. 2:06-cv-00799-HGD |

## **O R D E R**

On July 17, 2006, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by either the plaintiff or the defendants.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge, and it is, therefore,

ORDERED, ADJUDGED and DECREED that the Motion to Discharge Plaintiff is due to be and hereby is GRANTED and Regions Bank hereby is DISCHARGED from any liability as to any and all claims by any other party in this action. It is further ORDERED, ADJUDGED and DECREED that Regions Bank is

due to be and hereby is DISMISSED WITH PREJUDICE as a party from this action, and that Regions Bank has relinquished all claim to and is not entitled to reimbursement for its attorneys fees and expenses incurred in connection with this matter.  It is ORDERED that the parties are due to be and hereby are REALIGNED with the United States of America as plaintiff and Eric Sterling Burroughs, Kimberlee R. Burroughs, the State of Alabama Department of Revenue and T. Richard Silver as defendants.

DONE this 19th day of September, 2006.

_____
U.W. Clemon
Chief United States District Judge