UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 2:06-cv-00799-IPJ |
| ) | |
| ERIC STERLING BURROUGHS, ) | |
| et al., ) | |
| ) | |
| Defendants ) | |

**MEMORANDUM OPINION**

Plaintiff, the United States of America, has filed a Motion for Entry of Judgment by Default Against Eric Sterling Burroughs and Kimberlee Burroughs, and for Distribution of Interpled Funds. (Doc. #22).

Regions Bank filed this interpleader action pursuant to Rule 67, Ala.R.Civ.P., in the Circuit Court of Jefferson County, Alabama. The United States of America subsequently removed the case to this court pursuant to 28 U.S.C. §§ 1441, 1442 and/or 1444. The complaint in interpleader alleged that Regions Bank had excess proceeds of a foreclosure sale, and defendants Eric Sterling Burroughs, Kimberlee R. Burroughs, the State of Alabama Department of Revenue, T. Richard Silver and the United States of America (Department of Treasury and Internal Revenue Service) all claimed the right to payment of those proceeds. The interpled funds were paid to the

Clerk of the Jefferson County Circuit Court.  The funds, totaling $23,762.06 (due to accrual of interest) were transferred by the state court to the registry of this court on or about May 18, 2006, after the case was removed to federal court.

On September 19, 2006, Regions Bank was discharged from any further liability with respect to the interpled funds and dismissed with prejudice as a party. The parties were realigned with the United States of America as plaintiff and Eric Sterling Burroughs, Kimberlee R. Burroughs, the State of Alabama Department of Revenue and T. Richard Silver as defendants.

Defendant Eric Burroughs was personally served with a summons and complaint on January 30, 2007.  Defendant Kimberlee Burroughs was personally served with a summons and complaint on January 30, 2007.  Neither of these defendants is an infant or incompetent, nor in the active armed forces.

On February 23, 2007, pursuant to the motions of the United States for entries of default against defendants Eric Burroughs and Kimberlee Burroughs, the clerk entered defaults against Eric Burroughs and Kimberlee Burroughs. (Docs. #20 & 21). Thereafter, the United States filed the motion for default judgments to be entered against Eric Burroughs and Kimberlee Burroughs.  The motion also asks for the interpled funds to be distributed in accordance with the stipulation of the remaining parties.

In the stipulation, the United States and defendants Silver and the State of Alabama Department of Revenue stipulate that all of the interpled funds, in the sum of $23,623.81, plus all interest earned and less any administrative fees, may be paid by the Clerk of Court from the registry to the United States of America, in care of Carol Kohler Ide.[1]  The funds are to be applied against the federal income tax liabilities of Eric Sterling Burroughs.  (*See* Doc. #22, Ex. 1, Stipulation).  Kimberlee Burroughs has filed a notice stating that she consents to the proposed distribution of the interpled funds and their application to the federal tax liability of Eric Burroughs. (Doc. #23).

Based on the foregoing, the court finds that plaintiff's motion for a default judgment to be entered against Eric Sterling Burroughs and Kimberlee Burroughs is due to be granted.  The court further finds that plaintiff's motion for the interpled funds to be distributed in accordance with the stipulation of the remaining parties is due to be granted.  A separate order in conformity with this memorandum Opinion will be entered contemporaneously herewith.

DONE this 23rd day of March 2007.

*/s/ Inge Prytz Johnson*

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE

---

[1] Ms. Ide is a trial attorney with the Tax Division of the U.S. Department of Justice.